UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAIS YAAKOV OF SPRING VALLEY, on behalf of
itself and all others similarly situated,

                              7:17 CV 3980

                Plaintiff,

                                        Complaint

          -vs.-

                                        Class Action

SCHOOL SAFETY CZAR, INC.  d/b/a PUBLIC
SAFETY CZAR,                            Jury Demanded

                Defendant.

_____


## COMPLAINT

Plaintiff Bais Yaakov of Spring Valley, on behalf of itself and all others similarly situated, alleges as follows:

### INTRODUCTION

1.      Bais Yaakov of Spring Valley ("Plaintiff") brings this action against School Safety Czar, Inc. d/b/a Public Safety Czar (hereinafter referred to as "Public Safety" or "Defendant") for violating the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") and N.Y. General Business Law ("GBL") § 396-aa.  Congress enacted the TCPA in 1991 to prevent the faxing of unsolicited advertisements to persons who had not provided express invitation or permission to receive such faxes.  In addition, the TCPA and regulations promulgated pursuant to it prohibit the sending of unsolicited as well as solicited fax advertisements that do not contain properly worded opt-out notices.  The New York legislature enacted GBL § 396-aa for similar purposes.

2.      Upon information and belief, Defendant has caused to be sent out over five thousand (5,000) unsolicited and solicited fax advertisements for goods and/or

services without proper opt-out notices to persons throughout the United States within the applicable limitations period for the TCPA, which is four years. As a result, Defendant is liable to Plaintiff and the proposed Classes A and B of similarly situated persons under the TCPA.

3.     Upon information and belief, Defendant has caused to be sent out thousands of fax advertisements for goods and/or services that were unsolicited and lacked proper opt-out notices to persons throughout New York state within the applicable limitations period for GBL §396-aa, which is three years. As a result, Defendant is liable to Plaintiff and the proposed Class C of similarly situated persons under GBL § 396-aa.

## JURISDICTION AND VENUE

4.     This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

5.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because this is the judicial district in which a substantial part of the events or omissions giving rise to the claims in this case occurred. This Court also has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over Plaintiff's and one of the Classes' claims under GBL § 396-aa.

## THE PARTIES

6.     Plaintiff is a New York religious corporation, with its principal place of business at 11 Smolley Drive, Monsey, New York 10952.

7.     Upon information and belief, defendant Public Safety is a Nevada Corporation, with its principal place of business located at 101 Convention Center Drive, Suite 700, Las Vegas, Nevada 89109-2007, and sells security and communications products.

2

## DEFENDANT'S ILLEGAL JUNK FAXES

8.      At all times relevant to this action, Plaintiff had telephone service at 845-356-3132 at its place of business at 11 Smolley Drive, Monsey, New York 10952. Plaintiff receives facsimile transmissions at this number, using a telephone facsimile machine.

9.      Upon information and belief, from June 12, 2013 through October 21, 2014, Defendant, without Plaintiff's express invitation or permission, arranged for and/or caused a telephone facsimile machine, computer, or other device to send 21 unsolicited fax advertisements (the "Fax Advertisements") advertising the commercial availability or quality of any property, goods, or services, to Plaintiff's fax machine located at 11 Smolley Drive, Monsey, New York 10952. Copies of the Fax Advertisements are attached as Exhibit A and incorporated into this Complaint.

10.     Plaintiff did not provide Defendant with express invitation or permission to send any fax advertisements. The Fax Advertisements were wholly unsolicited.

11.     Upon information and belief, the Fax Advertisements contained a purported opt-out notice that stated: "To Opt-Out of future faxes Call 877.549.5978."

12.     Thus. the Fax Advertisements violate numerous of the opt-out requirements of 47 U.S.C. § 227(b)(2)(D), 47 C.F.R. § 64.1200(a)(3)(iii), (iv) and GBL § 396-aa(2).

13.     Upon information and belief, Defendant either negligently or willfully and/or knowingly arranged for and/or caused the Fax Advertisements to be sent to Plaintiff's fax machine.

14.     Plaintiff suffered harm from Defendant sending it the Fax Advertisements in that the fax advertisements wasted Plaintiff's paper and toner, occupied Plaintiff's fax

machine and fax telephone line, wasted Plaintiff's time and caused Plaintiff annoyance.
Plaintiff also suffered harm and/or had a real risk of future harm because the Fax
Advertisements failed to contain the information necessary for Plaintiff to effectively opt-
out of receiving future fax advertisements from Defendant which would cause the harms
described in the previous sentence of this paragraph.

15.    Upon information and belief, Defendant has, from four years prior to the
date of the filing of the Complaint in this action through the present, either negligently or
willfully and/or knowingly sent and/or arranged to be sent well over five thousand
(5,000) *unsolicited and/or solicited* fax advertisements advertising the commercial
availability or quality of any property, goods, or services, to fax machines and/or
computers belonging to thousands of persons all over the United States.  Upon
information and belief, those fax advertisements contained a notice identical or
substantially similar to the Opt-Out Notice contained in the Fax Advertisements
Defendant sent or caused to be sent to Plaintiff.

16.    Upon information and belief, Defendant has, from four years prior to the
date of the filing of the Complaint in this action through the present, either negligently or
willfully and/or knowingly sent and/or arranged to be sent well over five thousand
(5,000) *unsolicited* fax advertisements advertising the commercial availability or quality
of any property, goods, or services, to fax machines and/or computers belonging to
thousands of persons throughout the United States.  Upon information and belief, those
fax advertisements contained a notice identical or substantially similar to the Opt-Out
Notice contained in the Fax Advertisements Defendant sent or caused to be sent to
Plaintiff.

17.    Upon information and belief, Defendant has, from three years prior to the

date of the filing of the Complaint in this action through the present, either negligently or

willfully and/or knowingly sent and/or arranged to be sent thousands of *unsolicited* fax

advertisements advertising the commercial availability or quality of any property, goods,

or services, to fax machines and/or computers belonging to thousands of persons in New

York.  Upon information and belief, those fax advertisements contained a notice identical

or substantially similar to the Opt-Out Notice contained in the Fax Advertisements

Defendant or caused to be sent to Plaintiff.

## **CLASS ALLEGATIONS**

18.     Plaintiff brings this class action on behalf of itself and all others similarly

situated under rules 23(a) and 23(b)(1)-(3) of the Federal Rules of Civil Procedure.

19.     Plaintiff seeks to represent three classes (the "Classes") of individuals,

each defined as follows:

> Class A:  All persons to whom, from four years prior to the date of the
>
> filing of the Complaint through the present, Defendant sent or caused to be sent at
>
> least one *solicited or unsolicited* facsimile advertisement advertising the
>
> commercial availability or quality of any property, goods, or services that
>
> contained a notice identical or substantially similar to the Opt-Out Notices in the
>
> Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

> Class B:  All persons to whom, from four years prior to the date of
>
> the filing of the Complaint through the present, Defendant sent or caused to be
>
> sent at least one *unsolicited* facsimile advertisement advertising the commercial
>
> availability or quality of any property, goods, or services that contained a notice
>
> identical or substantially similar to the Opt-Out Notice in the Fax Advertisements
>
> Defendant sent or caused to be sent to Plaintiff.

5

Class C:  All persons in the State of New York to whom, from three years prior to the date of the filing of the Complaint through the present, Defendant sent or caused to be sent at least one facsimile advertisement without having obtained express invitation or permission to do so and/or which contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

20.    <u>Numerosity</u>: The Classes are so numerous that joinder of all individual members in one action would be impracticable.  The disposition of the individual claims of the respective class members through this class action will benefit the parties and this Court.  Upon information and belief there are, at a minimum, thousands of class members of Classes A, B and C.  Upon information and belief, the Classes' sizes and the identities of the individual members thereof are ascertainable through Defendant's records, including Defendant's fax and marketing records.

21.    Members of the Classes may be notified of the pendency of this action by techniques and forms commonly used in class actions, such as by published notice, e-mail notice, website notice, fax notice, first class mail, or combinations thereof, or by other methods suitable to the Classes and deemed necessary and/or appropriate by the Court.

22.    <u>Typicality</u>:  Plaintiff's claims are typical of the claims of the members of Class A because the claims of Plaintiff and members of Class A are based on the same legal theories and arise from the same unlawful conduct.  Among other things, Plaintiff and members of Class A were sent or caused to be sent by Defendant at least one fax advertisement advertising the commercial availability or quality of any property, goods, or services which contained a notice identical or substantially similar to the Opt-Out

Notice in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

23.     Plaintiff's claims are typical of the claims of the members of Class B because the claims of Plaintiff and members of Class B are based on the same legal theories and arise from the same unlawful conduct.  Among other things, Plaintiff and the members of Class B were sent or caused to be sent by Defendant, without Plaintiff's or the Class B members' express permission or invitation, at least one fax advertisement advertising the commercial availability or quality of any property, goods, or services which contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

24.      Plaintiff's claims are typical of the claims of the members of Class C because the claims of Plaintiff and members of Class C are based on the same legal theories and arise from the same unlawful conduct.  Among other things, Plaintiff and members of Class C were sent or caused to be sent by Defendant, without Plaintiff's or the Class C members' express permission or invitation, at least one fax advertisement advertising the commercial availability or quality of any property, goods, or services which contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

25.     <u>Common Questions of Fact and Law</u>:  There is a well-defined community of common questions of fact and law affecting the Plaintiff and members of the Classes.

26.     The questions of fact and law common to Plaintiff and Class A predominate over questions that may affect individual members, and include:

(a)  Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class A, by facsimile, computer or other device, fax advertisements advertising the commercial availability or quality of any property,

goods or services which contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff, violated 47 U.S.C. § 227(b) and the regulations thereunder;

(b)  Whether Defendant's sending and/or causing to be sent such fax advertisements was knowing or willful;

(c)  Whether Plaintiff and the members of Class A are entitled to statutory damages, triple damages and costs for Defendant's conduct; and

(d)  Whether Plaintiff and members of Class A are entitled to a permanent injunction enjoining Defendant from continuing to engage in its unlawful conduct.

27.    The questions of fact and law common to Plaintiff and Class B predominate over questions that may affect individual members, and include:

(a) Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class B, without Plaintiff's or the Class B members' express invitation or permission, by facsimile, computer or other device, fax advertisements advertising the commercial availability or quality of any property, goods, or services which contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff, violated 47 U.S.C. § 227(b) and the regulations thereunder;

(b) Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class B such unsolicited fax advertisements was knowing or willful;

(c) Whether Plaintiff and the members of Class B are entitled to statutory damages, triple damages and costs for Defendant's conduct; and

(d) Whether Plaintiff and members of Class B are entitled to a permanent injunction enjoining Defendant from continuing to engage in its unlawful conduct.

28.    The questions of fact and law common to Plaintiff and Class C predominate over questions that may affect individual members, and include:

(a) Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class C, without Plaintiff's and Class C's express invitation or permission, by facsimile, computer or other device, fax advertisements advertising the commercial availability or quality of any property, goods, or services, violated GBL § 396-aa; and

(b) Whether Plaintiff and the members of Class C are entitled to statutory damages for Defendant's conduct.

29.    <u>Adequacy of Representation</u>:  Plaintiff is an adequate representative of the Classes because its interests do not conflict with the interests of the members of the Classes.  Plaintiff will fairly, adequately and vigorously represent and protect the interests of the members of the Classes and has no interests antagonistic to the members of the Classes.  Plaintiff has retained counsel who are competent and experienced in litigation in the federal courts, class action litigation, and TCPA cases.

30.    <u>Superiority</u>:  A class action is superior to other available means for the fair and efficient adjudication of the Classes' claims.  While the aggregate damages that may be awarded to the members of the Classes are likely to be substantial, the damages suffered by individual members of the Classes are relatively small.  The expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the Classes to individually seek redress for the wrongs

done to them.  The likelihood of the individual Class members' prosecuting separate claims is remote.  Plaintiff is unaware of any other litigation concerning this controversy already commenced against Defendant by any member of the Classes.

31.     Individualized litigation also would present the potential for varying, inconsistent or contradictory judgments, and would increase the delay and expense to all parties and the court system resulting from multiple trials of the same factual issues.  The conduct of this matter as a class action presents fewer management difficulties, conserves the resources of the parties and the court system, and would protect the rights of each member of the Classes.  Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action.

32.     Injunctive Relief:  Defendant has acted on grounds generally applicable to the members of Classes A and B, thereby making appropriate final injunctive relief with respect to Classes A and B.

**FIRST CLAIM FOR VIOLATION OF THE TCPA**

33.      Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-32.

34.     By the conduct described above, Defendant committed more than five thousand (5,000) violations of 47 U.S.C. § 227(b) against Plaintiff and the members of Class A, to wit: the fax advertisements Defendant sent and/or caused to be sent to Plaintiff and the members of Class A were either (a) unsolicited and did not contain a notice satisfying the requirements of the TCPA and regulations thereunder, or (b) solicited and did not contain a notice satisfying the requirements of the TCPA and regulations thereunder.

35.     Plaintiff and the members of Class A are entitled to statutory damages

under 47 U.S.C. § 227(b) in an amount greater than two million, five hundred thousand dollars ($2,500,000).

36.     If it is found that Defendant willfully and/or knowingly sent and/or caused to be sent fax advertisements that did not contain a notice satisfying the requirements of the TCPA and regulations thereunder to Plaintiff and the members of Class A, Plaintiff requests that the Court increase the damage award against Defendant to three times the amount available under 47 U.S.C. § 227(b)(3)(B), as authorized by 47 U.S.C. § 227(b)(3).

## SECOND CLAIM FOR VIOLATION OF THE TCPA

37.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-32.

38.     By the conduct described above, Defendant committed more than five thousand (5,000) violations of 47 U.S.C. § 227(b) against Plaintiff and the members of Class B, to wit:  the fax advertisements Defendant sent and/or caused to be sent to Plaintiff and the members of Class B were unsolicited and did not contain notices satisfying the requirements of the TCPA and regulations thereunder.

39.     Plaintiff and the members of Class B are entitled to statutory damages under 47 U.S.C. § 227(b) in an amount greater than two million, five hundred thousand dollars ($2,500,000).

40.     If it is found that Defendant willfully and/or knowingly sent and/or caused to be sent unsolicited fax advertisements that did not contain a notice satisfying the requirements of the TCPA and regulations thereunder to Plaintiff and the members of Class B, Plaintiff requests that the Court increase the damage award against Defendant to three times the amount available under 47 U.S.C. § 227(b)(3)(B), as authorized by 47

U.S.C. § 227(b)(3).

## THIRD CLAIM FOR INJUNCTIVE RELIEF

41.      Plaintiff repeats and realleges each and every allegation contained in

paragraphs 1-32.

42.      Defendant committed thousands of violations of 47 U.S.C. § 227(b).

43.      Under 47 U.S.C. § 227(b)(3)(A), Plaintiff and the members of Classes A

and B are entitled to an injunction against Defendant, prohibiting Defendant from

committing further violations of the TCPA and regulations thereunder.

## FOURTH CLAIM FOR VIOLATION OF GBL § 396-aa

44.      Plaintiff repeats and realleges each and every allegation contained in

paragraphs 1-32.

45.      By the conduct described above, Defendant committed numerous

violations of GBL § 396-aa against Plaintiff and the members of Class C, to wit: the fax

advertisements Defendant sent and/or caused to be sent to Plaintiff and the members of

Class C were unsolicited and/or did not contain notices satisfying the requirements of

GBL § 396-aa.

46.      Pursuant to GBL § 396-aa, Plaintiff and the members of Class C are

entitled to statutory damages in an amount to be determined at trial.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff, on behalf of itself and the members of the Classes,

requests:

A.      An order certifying the Classes, appointing Plaintiff as the representative

of the Classes, and appointing Aytan Y. Bellin of Bellin & Associates LLC as counsel for

the Classes;

B.      an award to Plaintiff and the members of Classes A and B of statutory damages in excess of $2,500,000 for each of Classes A and B, pursuant to 47 U.S.C. § 227(b), for Defendant's violations of that statute and the regulations promulgated thereunder;

C.      if it is found that Defendant willfully and/or knowingly sent and/or caused to be sent the fax advertisements alleged to classes A and/or B, an award of three times the amount of damages described in the previous paragraph, as authorized by 47 U.S.C. § 227(b)(3);

D.      an injunction against Defendant prohibiting it from committing further violations of the TCPA and regulations described above;

E.      an award to Plaintiff and the members of Class C of statutory damages of $100 per violation of GBL § 396-aa in an aggregate amount to be determined at trial; and

F.      such further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff demands a trial by jury.


Dated:  White Plains, New York
        May 25, 2017


                                **BAIS YAAKOV OF SPRING VALLEY
                                ON BEHALF OF ITSELF AND ALL
                                OTHERS SIMILARLY SITUATED**


                        By: /s/ Aytan Y. Bellin
                            Aytan Y. Bellin
                            Bellin & Associates LLC
                            85 Miles Avenue
                            White Plains, NY 10606
                            (914) 358-5345
                            Fax: (212) 571-0284

aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff and the Proposed
Classes*

# EXHIBIT A

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.



**Weight 9.5 Oz.**
4.0 "H
1.6 "D
2.4 "W

### X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

**XV-500 (VHF)**
## $149.00
List Price $219.00

**XU-500 (UHF)**
## $159.00
List Price $229.00

- **Includes:**
1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

**PURCHASE INFORMATION:**

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.

- Add $3.00 shipping, per radio, for all non WEB orders.

- Freight calculated automatically for WEB orders.

- Allow 7-10 days for delivery.

- Email us at sales@publicsafetyczar.com

**MAKE ORDERS OUT TO: *Public Safety Czar***

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.

- **Fax order** : 702.552.5757

- **Mail order** : Public Safety Czar
562 Lakeland Plaza
Ste 357
Cumming, GA 30040

- **Call to order** : 800.344.8140

**Specials Available While Supplies Last!**



**PublicSafetyCzar**

## 800-344-8140

*Call Now!*

*Email Now!*

**sales@publicsafetyczar.com**

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

# Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

## X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

XV-500 (VHF)
**$149.00**
List Price $219.00

XU-500 (UHF)
**$159.00**
List Price $229.00

- **Includes:**
  1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.

- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO : *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*

**PublicSafetyCzar**

## Call Now!

**800-344-8140**

*Email Now!*

**sales@publicsafetyczar.com**

# CROWD CONTROL

<table>
<tr><td>

## Reasons To Buy
## **Safety**
## **Megaphones**
## For Your School

---

### *Fire Drills*
### *Emergencies*
### *Playground*
### *Lunch Room*
### *Sports*
### *Cross Walks*
### *... many more*

</td><td>

## MT-25

### FEATURES :

- ■ Super Loud! 25 Watts
- ■ 1000 Yards Range
- ■ 6 C Batteries (Not Included)
- ■ 3 Modes (Talk, Siren & Whistle)
- ■ Volume Control
- ■ Pistol-Grip Talk Switch
- ■ Hand Carry Strap
- ■ 5 Year Warranty



**School Price** $129.00

*List Price Compare @ $179.00*

## MT-35

### FEATURES :

- ■ Super Loud! 35 Watts
- ■ 1400 Yards Range
- ■ 8 C Batteries (Not Included)
- ■ Volume Control
- ■ Talk, Siren & Whistle Mode
- ■ Detachable Mic., with coil cord and Talk Switch
- ■ Shoulder Strap
- ■ 5 Year Warranty



**School Price** $139.00

*List Price Compare @ $199.00*

</td></tr>
</table>

---

**Purchase Information:**

- · We will accept all major credit cards.
- · We will accept school P.O. or written or typed request on school letterhead.
- · All schools are tax exempt.
- · Add 7.00 per megaphone for shipping & handling.

**Make orders out to**: Public Safety Czar

- · **WEB orders** : go to www.publicsafetyczar.com Purchase Orders, Prepay (check), and Credit Card options available at check out.
- · **Fax order**   : 702.552.5757
- · **Mail order**  : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126
- · **Call to order** : 800.344.8140

To Opt-Out of future faxes, Call 877.549.5978

### *Specials Available While Supplies Last!*



**PublicSafetyCzar**

## *Call Now!*
# 800-344-8140
### *Email Now!*
## sales@publicsafetyczar.com

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.



**Weight** 9.5 Oz.

4.0 " H

1.6 " D

2.4 " W

## X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF

- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated

- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in

- **Channels** - 16 Channels

- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D

- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) |
| --- |
| **$149.00** |
| List Price $219.00 |

| XU-500 (UHF) |
| --- |
| **$159.00** |
| List Price $229.00 |

- **Includes:** 1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.

- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.

- Add $3.00 shipping, per radio, for all non WEB orders.

- Freight calculated automatically for WEB orders.

- Allow 7-10 days for delivery.

- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.

- **Fax order** : 702.552.5757

- **Mail order** : Public Safety Czar 562 Lakeland Plaza Ste 357 Cumming, GA 30040

- **Call to order** : 800.344.8140

## Specials Available While Supplies Last !

### PublicSafetyCzar

*Call Now!*

# 800-344-8140

*Email Now!*

### sales@publicsafetyczar.com

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) |
| --- |
| **$149.00** |
| List Price $219.00 |

| XU-500 (UHF) |
| --- |
| **$159.00** |
| List Price $229.00 |

- **Includes:** 1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**



(Weight 9.5 Oz.)
4.0 "H
1.6 "D
2.4 "W

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO : *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

**Specials Available While Supplies Last!**

**PublicSafetyCzar**

## 800-344-8140
### Call Now!

*Email Now!*
**sales@publicsafetyczar.com**



# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) |
|:---:|
| **$149.00** |
| List Price $219.00 |

| XU-500 (UHF) |
|:---:|
| **$159.00** |
| List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

**PublicSafetyCzar**

**Specials Available While Supplies Last!**

**Call Now!**

# 800-344-8140

*Email Now!*
**sales@publicsafetyczar.com**



# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) |
| --- |
| **$149.00** |
| List Price $219.00 |

| XU-500 (UHF) |
| --- |
| **$159.00** |
| List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

Weight 9.5 Oz.
4.0 "H
1.6 "D
2.4 "W

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*



**PublicSafetyCzar**

## Call Now!
# 800-344-8140

*Email Now!*
**sales@publicsafetyczar.com**

Case 7:17-cv-03980-VB Document 1 Filed 05/25/17 Page 23 of 36

# CROWD CONTROL

## Reasons To Buy **Safety Megaphones** For Your School

---

**Fire Drills**

**Emergencies**

**Playground**

**Lunch Room**

**Sports**

**Cross Walks**

*... many more*

## MT-25

**FEATURES :**

- Super Loud! 25 Watts
- 1000 Yards Range
- 6 C Batteries (Not Included)
- 3 Modes (Talk, Siren & Whistle)
- Volume Control
- Pistol-Grip Talk Switch
- Hand Carry Strap
- 5 Year Warranty



**School Price** $**129**.00

*List Price Compare @ $179.00*

## MT-35

**FEATURES :**

- Super Loud! 35 Watts
- 1400 Yards Range
- 8 C Batteries (Not Included)
- Volume Control
- Talk, Siren & Whistle Mode
- Detachable Mic., with coil cord and Talk Switch
- Shoulder Strap
- 5 Year Warranty



**School Price** $**139**.00

*List Price Compare @ $199.00*

---

**Purchase Information**:
- We will accept all major credit cards.
- We will accept school P.O. or written or typed request on school letterhead.
- All schools are tax exempt.
- Add 7.00 per megaphone for shipping & handling.

**Make orders out to**: Public Safety Czar
- **WEB orders** : go to www.publicsafetyczar.com Purchase Orders, Prepay (check), and Credit Card options available at check out.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*


**PublicSafetyCzar**

## Call Now!

# 800-344-8140

*Email Now!*

**sales@publicsafetyczar.com**

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.
- **Includes:** 1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

**Weight** 9.5 Oz.
4.0 "H
1.6 "D
2.4 "W

XV-500 (VHF)
**$149.00**
List Price $219.00

XU-500 (UHF)
**$159.00**
List Price $229.00

### PURCHASE INFORMATION:
- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

### MAKE ORDERS OUT TO: *Public Safety Czar*
- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.562.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*



**PublicSafetyCzar**

**Call Now!**
**800-344-8140**
*Email Now!*
sales@publicsafetyczar.com

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

# Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

## X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  - Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  - Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) |
| --- |
| **$149.00** |
| List Price $219.00 |

| XU-500 (UHF) |
| --- |
| **$159.00** |
| List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

**Weight 9.5 Oz.**
1.6"
2.4"
4.0" H

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*



## PublicSafetyCzar

**Call Now!**

# 800-344-8140

*Email Now!*
sales@publicsafetyczar.com

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) | XU-500 (UHF) |
|---|---|
| **$149.00** | **$159.00** |
| List Price $219.00 | List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal
  belt clip, special short antenna, rapid rate
  desk top charger & 2-year parts & labor warranty.

- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the
  state of MO. MO customers add 7.975% sales tax.

- Add $3.00 shipping, per radio, for all non WEB orders.

- Freight calculated automatically for WEB orders.

- Allow 7-10 days for delivery.

- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO : *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and
  Credit Card options available at
  checkout.

- **Fax order** : 702.552.5757

- **Mail order** : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126

- **Call to order** : 800.344.8140

### Specials Available While Supplies Last !



**PublicSafetyCzar**

## Call Now!

# 800-344-8140

*Email Now!*

sales@publicsafetyczar.com

To Opt-Out of future faxes Call 877 549 5978

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

# Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.



Weight 9.5 Oz.
4.0" H
1.6" D
2.4" W

## X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** – 5 Watts VHF / 4 Watts UHF
- **Rugged** – Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** – 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** – 16 Channels
- **Dimensions** – 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** – 9.5 Oz.

| XV-500 (VHF) |
| **$149.00** |
| List Price $219.00 |

| XU-500 (UHF) |
| **$159.00** |
| List Price $229.00 |

- **Includes:** 1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

### Specials Available While Supplies Last!

**PublicSafetyCzar**

# 800-344-8140

**Call Now!**

*Email Now!*
sales@publicsafetyczar.com

## Campus Security & Establish Command
## l in an Emergency with X-500 Series
## Radios.

## act, Rugged, Full Power,
## lable and FCC 2013
## wband Compliant.

## X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) | XU-500 (UHF) |
|---|---|
| **$149.00** | **$159.00** |
| List Price $219.00 | List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal
  belt clip, special short antenna, rapid rate
  desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF
  radios.**

~ 2.4 ~
w

### PURCHASE INFORMATION:
- All customers are tax exempt except those in the
  state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

### MAKE ORDERS OUT TO: *Public Safety Czar*
- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and
  Credit Card options available at
  checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126
- **Call to order** : **800.344.8140**

### Specials Available While Supplies Last!

## PublicSafetyCzar

# 800-344-8140
## Call Now!

*Email Now!*
**sales@publicsafetyczar.com**

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) | XU-500 (UHF) |
| --- | --- |
| $149.00 | $159.00 |
| List Price $219.00 | List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**



Weight 9.5 Oz.

4.0 "H

1.6 " D

2.4 " W

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and
  Credit Card options available at
  checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126
- **Call to order** : 800.344.8140

### Specials Available While Supplies Last!

**PublicSafetyCzar**

## 800-344-8140

*Call Now!*

*Email Now!*

sales@publicsafetyczar.com



# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) | XU-500 (UHF) |
| --- | --- |
| **$149.00** | **$159.00** |
| List Price $219.00 | List Price $229.00 |

- **Includes:** 1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:
- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*
- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*



**PublicSafetyCzar**

## Call Now!
# 800-344-8140
Email Now!
sales@publicsafetyczar.com

**Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.**

# Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

## X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) | XU-500 (UHF) |
|---|---|
| **$149.00** | **$159.00** |
| List Price $219.00 | List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal
  belt clip, special short antenna, rapid rate
  desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and
  Credit Card options available at
  checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*



**PublicSafetyCzar**

*Call Now!*

# 800-344-8140

*Email Now!*

**sales@publicsafetyczar.com**

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

## X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF

- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated

- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in

- **Channels** - 16 Channels

- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D

- **Lightweight** - 9.5 Oz.

### XV-500 (VHF)
# $149.00
List Price $219.00

### XU-500 (UHF)
# $159.00
List Price $229.00

- **Includes:** 1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.

- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.

- Add $3.00 shipping, per radio, for all non WEB orders.

- Freight calculated automatically for WEB orders.

- Allow 7-10 days for delivery.

- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.

- **Fax order** : 702.552.5757

- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126

- **Call to order** : 800.344.8140

### *Specials Available While Supplies Last!*



## PublicSafetyCzar

# 800-344-8140
## Call Now!

*Email Now!*
## sales@publicsafetyczar.com

Weight 9.5 Oz.

4.0 "H

1.6 "D

2.4 "W

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

# Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

## X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) | XU-500 (UHF) |
|---|---|
| **$149.00** | **$159.00** |
| List Price $219.00 | List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal
  belt clip, special short antenna, rapid rate
  desk top charger & 2-year parts & labor warranty.

- **Will integrate with your current UHF or VHF radios.**

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and
  Credit Card options available at
  checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar
  562 Lakeland Plaza
  Ste 357
  Cumming, GA 30040
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*



**PublicSafetyCzar**

## Call Now!

# 800-344-8140

*Email Now!*

**sales@publicsafetyczar.com**

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

XV-500 (VHF)
**$149.00**
List Price $219.00

XU-500 (UHF)
**$159.00**
List Price $229.00

- **Includes:**
  1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.

- **Will integrate with your current UHF or VHF radios.**

Weight 9.5 Oz.

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO : *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

### Specials Available While Supplies Last!

**PublicSafetyCzar**

## Call Now!
# 800-344-8140

Email Now!
**sales@publicsafetyczar.com**

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

## Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

### X-500 Series 2-Way Radios
XV-500 (VHF) & XU-500 (UHF)

- **Full Power** - 5 Watts VHF / 4 Watts UHF
- **Rugged** - Die-cast Aluminum Alloy Chassis
  Mil-Spec and IP-54 Rated
- **Privacy** - 52 CTCSS, 208 DCS,
  Inversion Scrambling built-in
- **Channels** - 16 Channels
- **Dimensions** - 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** - 9.5 Oz.

| XV-500 (VHF) | XU-500 (UHF) |
|---|---|
| **$149.00** | **$159.00** |
| List Price $219.00 | List Price $229.00 |

- **Includes:**
  1300 mAh Lithium Ion battery, metal
  belt clip, special short antenna, rapid rate
  desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

Weight 9.5 Oz.

1.6 D
2.4 W
4.0 H

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO : *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com
  Purchase Order, Prepay (check), and
  Credit Card options available at
  checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar
  P.O. Box 27740
  Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*

**PublicSafetyCzar**

*Call Now!*

**800-344-8140**

*Email Now!*
sales@publicsafetyczar.com

# Increase Campus Security & Establish Command & Control in an Emergency with X-500 Series Portable Radios.

# Compact, Rugged, Full Power, Affordable and FCC 2013 Narrowband Compliant.

## X-500 Series 2-Way Radios

XV-500 (VHF) & XU-500 (UHF)

- **Full Power** – 5 Watts VHF / 4 Watts UHF
- **Rugged** – Die-cast Aluminum Alloy Chassis Mil-Spec and IP-54 Rated
- **Privacy** – 52 CTCSS, 208 DCS, Inversion Scrambling built-in
- **Channels** – 16 Channels
- **Dimensions** – 4.0 in. H x 2.4 in. W x 1.6 in. D
- **Lightweight** – 9.5 Oz.

| XV-500 (VHF) |
| --- |
| **$149.00** |
| List Price $219.00 |

| XU-500 (UHF) |
| --- |
| **$159.00** |
| List Price $229.00 |

- **Includes:** 1300 mAh Lithium Ion battery, metal belt clip, special short antenna, rapid rate desk top charger & 2-year parts & labor warranty.
- **Will integrate with your current UHF or VHF radios.**

Weight 9.5 Oz.

4.0 " H

1.6 " D

2.4 " W

## PURCHASE INFORMATION:

- All customers are tax exempt except those in the state of MO. MO customers add 7.975% sales tax.
- Add $3.00 shipping, per radio, for all non WEB orders.
- Freight calculated automatically for WEB orders.
- Allow 7-10 days for delivery.
- Email us at sales@publicsafetyczar.com

## MAKE ORDERS OUT TO: *Public Safety Czar*

- **WEB orders** : Go to www.publicsafetyczar.com Purchase Order, Prepay (check), and Credit Card options available at checkout.
- **Fax order** : 702.552.5757
- **Mail order** : Public Safety Czar P.O. Box 27740 Las Vegas, NV 89126
- **Call to order** : 800.344.8140

*Specials Available While Supplies Last!*

**PublicSafetyCzar**

**Call Now!**

# 800-344-8140

*Email Now!*

**sales@publicsafetyczar.com**