UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BAIS YAAKOV OF SPRING VALLEY, on behalf of itself and all others similarly situated,

        Plaintiff,

-against-

SCHOOL SAFETY CZAR, INC. d/b/a PUBLIC SAFETY CZAR,

        Defendant.
------------------------------------------------------------X

CIVIL ACTION NO.
7:17-cv-3980

SO ORDERED:

/s/ VLB  3/15/18

Hon. Vincent L. Briccetti
United States District Judge

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, BAIS YAAKOV OF SPRING VALLEY, and Defendant, SCHOOL SAFETY CZAR, INC. d/b/a PUBLIC SAFETY CZAR, by and through their respective attorneys, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety and with prejudice as to Bais Yaakov of Spring Valley's individual claims against School Safety Czar, Inc. d/b/a Public Safety Czar, and without prejudice as to the claims of the putative class members.

**IT IS SO STIPULATED.**

Dated: March 15, 2018        BELLIN & ASSOCIATES LLC

        By: _/s/ Aytan Bellin_
            Aytan Bellin
            *Attorneys for Plaintiff*

Dated: March 15, 2018        KLEIN MOYNIHAN TURCO LLP

        By: _/s/ Neil E. Asnen_
            Neil E. Asnen
            *Attorneys for Defendant*

{00129558;1}